No. 872. RAILWAY LABOR EXECUTIVES' ASSN. ET AL. *v.* ATCHISON, TOPEKA & SANTA FE RAILWAY Co. C. A. 9th Cir. Certiorari denied.

No. 873. HAWKINS *v.* GENERAL MOTORS CORP. ET AL. C. A. 4th Cir. Certiorari denied.

No. 875. HEYWARD-ROBINSON Co., INC., ET AL. *v.* UNITED STATES FOR THE USE AND BENEFIT OF D'AGOSTINO EXCAVATORS, INC. C. A. 2d Cir. Certiorari denied.

No. 884. JASKIEWICZ *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 885. SNYDER TANK CORP. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 2d Cir. Certiorari denied.

No. 886. EVANS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 889. BEAR MANUFACTURING Co. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 893. COOPER *v.* BETO, CORRECTIONS DIRECTOR. Ct. Crim. App. Tex. Certiorari denied.

No. 894. ROTH *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 896. ALAMO EXPRESS, INC., ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir. Certiorari denied.

No. 899. RICCI *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 6053. HARRISON *v.* CLARK COUNTY SCHOOL DISTRICT ET AL. C. A. 9th Cir. Certiorari denied.